**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 15, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00269-CR

## IN RE JASON RAY BOUCHARD, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1374815**

## MEMORANDUM OPINION

On April 4, 2014, relator Jason Ray Bouchard filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel his appointed defense attorney and the State's attorney to provide relator copies of any documents filed with this Court in his related appeal.

Our mandamus jurisdiction is limited. By statute, we have authority to issue a writ of mandamus against a judge of a district or county court in our court of

appeals district, and as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code § 22.221. Relator does not identify as a respondent a judge of a district or county court. Nor is issuance of the writ against either of the named respondents necessary to enforce our jurisdiction. Therefore, we have no jurisdiction to grant the requested relief.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.

Do Not Publish — Tex. R. App. P. 47.2(b).